**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>GREGORY ALAN GRIMALDO,<br><br>　　　　　Defendant - Appellant. | No. 15-10221<br><br>D.C. No. 2:10-cr-00355-GEB<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Garland E. Burrell, Jr., District Judge, Presiding

Submitted December 9, 2015[**]

Before:　　WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

　　　Gregory Alan Grimaldo appeals from the district court's judgment and

challenges the 18-month sentence imposed upon revocation of supervised release.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Grimaldo's counsel has

filed a brief stating that there are no grounds for relief, along with a motion to

---

　　　[*]　　This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

　　　[**]　　The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

withdraw as counsel of record.  Grimaldo has filed a pro se supplemental brief, and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

Grimaldo's pro se motion for bail pending appeal is **DENIED** as moot.

**AFFIRMED.**